IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069, et al.                                                                      PLAINTIFFS

v.                                         5:09CV00027HLJ

MIKE HURST, et al.                                                                     DEFENDANTS

## ORDER

Plaintiff Young is a prisoner who has filed an Application to Proceed In Forma Pauperis in order to commence a pro se civil rights action under 42 U.S.C. § 1983 without prepayment of the $350.00 filing fee and costs (DE #1).  However, prior to ruling on plaintiff's motion, the Court needs information from the plaintiff.

In the caption of his complaint, plaintiff lists five other individual inmates as co-plaintiffs in this action.  However, plaintiff does not include in forma pauperis applications from these individuals, they are not mentioned in the body of his complaint, and they have not signed the complaint.  Therefore, plaintiff shall notify the Court within fifteen days of the date of this Order whether he intends these individuals to be co-plaintiffs, as opposed to witnesses, in his case.  If these inmates are to be co-plaintiffs, they must file separate applications to proceed in forma pauperis, together with a complaint or complaints signed by all plaintiffs.  Such complaint or complaints are limited to allegations in which "they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and...any question of law or fact common to all plaintiffs." Fed.R.Civ.P. 20(a)(1).   Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall notify the Court (or submit an amended

complaint as clarification) within fifteen days of the date of this Order concerning whether Mark Glover, Clifford Chambers, Ronnie Rucker, Dale Riley, and Kevin Payton are intended as co-plaintiffs to his complaint.    Failure to respond to this Order shall result in the dismissal without prejudice of plaintiff's complaint.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 5th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE