IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                                                      PLAINTIFF

v.                                               5:09CV00027HLJ

MIKE HURST, et al.                                                                                          DEFENDANTS

ORDER

Plaintiff Young originally filed this action, pursuant to 42 U.S.C. § 1983, listing five other inmates as plaintiffs (DE #2). By Order dated February 5, 2009, this Court directed plaintiff Young to notify the Court or file an amended complaint, clarifying whether these five inmates were to be considered as co-plaintiffs or were listed as potential witnesses to the incident at issue (DE #6). Plaintiff responded to the Court on February 20, 2009, stating that the other inmates listed were to be considered witnesses and not co-plaintiffs (DE #12).

Based on this response, by Order dated March 4, 2009 (DE #17), this Court granted plaintiff's application to proceed in forma pauperis in this lawsuit filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it was frivolous, malicious, or failed to state a claim, the Court directed plaintiff to amend his complaint. Plaintiff has now filed an amended complaint (DE #23). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for all defendants except defendant Hurst. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for defendants Ed Adams, Robert Jackson, Guard King, Guard Hawkins, Guard S. Vance, Guard Ford-Scott and Cpl. Rushing. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed

to serve a copy of the original (DE #2) and amended complaints (DE #23) and summons on defendants without prepayment of fees and costs or security therefore.

    IT IS FURTHER ORDERED that Mark Glover, Clifford Chambers, Ronnie Rucker, Dale Riley, and Kevin Payton should be removed as co-plaintiffs in this lawsuit.

    IT IS SO ORDERED this 21st day of April, 2009.

                                                   /s/ Henry L. Jones, Jr.
                                              United States Magistrate Judge