IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                PLAINTIFF

v.                              5:09CV00027JMM/HLJ

MIKE HURST, et al.                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Mike Hurst is DISMISSED from plaintiff's complaint, for failure to state a claim.

IT IS SO ORDERED this 6th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE