IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                                               PLAINTIFF

v.                                              5:09CV00027JMM/HLJ

MIKE HURST, et al.                                                                                   DEFENDANTS

ORDER

Plaintiff's motion for reconsideration (DE #55) of this Court's May 6, 2009 Order adopting the Partial Report and Recommendations, is hereby DENIED.

IT IS SO ORDERED this 26th day of May, 2009.

_____
United States District Judge