IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                                    PLAINTIFF

v.                                      5:09CV00027HLJ

MIKE HURST, et al.                                                                       DEFENDANTS

ORDER

By Order dated May 8, 2009, this Court directed the issuance of summons and service of plaintiff's amended complaint on defendants. Summons was returned, unexecuted, with respect to defendants King and Jackson on June 3, 2009 (DE ##64, 65). Therefore, the parties are hereby directed to file with the Court the last-known addresses of these two defendants within ten days of the date of this Order. Failure to provide an address resulting in the execution of summons and service for these defendants shall result in the dismissal of these defendants from plaintiff's complaint. See Fed.R.Civ.P. 4.

IT IS SO ORDERED this 10th day of March, 2010.

_____
United States Magistrate Judge