IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                             PLAINTIFF

5:09CV00027HLJ

MIKE HURST, et al.                                                                      DEFENDANTS

ORDER

By Order dated March 10, 2010, this Court directed the parties to provide the last-known addresses of defendants Joshua King and Robert Jackson, Jr., who have not yet been served (DE #78). Defendants have responded to the Court (DE #80), providing an address for defendant Jackson but stating that an address for defendant King is not available because he is on active duty with the military. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Robert Jackson, Jr., 2909 Mabry Road, Pine Bluff, AR 71603, and the United States Marshal is hereby directed to serve a copy of the summons and complaints (DE ##2, 23, 33) on defendant, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that defendants shall provide any other additional information concerning defendant King's location, including his current station and Unit to which he is assigned, within fifteen days of the date of this Order.

IT IS SO ORDERED this 16th day of March, 2010.

_____
United States Magistrate Judge