IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                                    PLAINTIFF

v.                                          5:09CV00027JMM/JTK

MIKE HURST, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to dismiss defendant Jackson, which this Court construes as a motion to hold in abeyance defendant's dismissal (Doc. No. 97), is hereby DENIED.

IT IS SO ORDERED this 7th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE