IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                                       PLAINTIFF

v.                                          5:09CV00027JMM/JTK

MIKE HURST, et al.                                                                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendants Adams, Ford-Scott, Vance, Hawkins, and Rushing (Doc. No. 94) is hereby GRANTED, and these defendants are hereby dismissed from plaintiff's complaint.

IT IS SO ORDERED this 7th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE