IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                                           PLAINTIFF

v.                                            5:09CV00027JMM/JTK

MIKE HURST, et al.                                                                                DEFENDANTS

## ORDER

On June 7, 2010, this Court issued Orders dismissing all defendants in this action except for defendant King, who has not yet been served (Doc. Nos. 110, 111).  Therefore, plaintiff's pending motions for appointment of counsel and to compel discovery (Doc. Nos. 107, 108) are hereby DENIED without prejudice.

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE