IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY B. YOUNG,
ADC #124069                                                                                                  PLAINTIFF

v.                                    5:09CV00027JMM/JTK

MIKE HURST,  et al.
                                                                                                              DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

### **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge James M. Moody.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing before the District Judge  (if such a  hearing is granted)  was not  offered at  the hearing before the Magistrate Judge.

3.   The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of

1

    proof, and a copy, or the original, of any documentary or
    other non-testimonial evidence desired to be introduced at
    the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

  Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## **DISPOSITION**

  Plaintiff filed this action against Defendants on January 28, 2009, alleging violations of his constitutional rights while incarcerated at the W.B. Dub Brassell Detention Center. Summons was issued for Defendants on April 21, 200, and summons was returned, unexecuted, as to Defendant King on May 5, 2009 (Doc. No. 43). Summons was then reissued, on May 8, 2009, as to Defendant King, pursuant to an address provided under seal by the Defendants (Doc. No. 51). However, summons was again returned, unexecuted, on June 3, 2009 (Doc. No. 64).

  On March 10, 2010, this Court entered an Order directing the parties to file with the Court the last-known address of Defendant King within ten days of the date of this Order (Doc. No. 78). Defendants responded that Joshua King currently is on active duty with the United States Army, is stationed out of state, and scheduled to be deployed to Afghanistan. Defendants added they were unable to obtain a current address for Mr. King (Doc. No. 80). The Court then directed Defendants to provide any additional information concerning King's location, including his current station and assigned Unit, on March 16, 2010 (Doc. No. 81). Defendants responded to the Court by letter, stating they corresponded with Mr. King's mother, who was unaware of his location other than that he was scheduled to be deployed to Afghanistan. Defendants provided to the Court an address for a locator service for active duty

enlisted military personnel.  On May 4, 2010, this Court wrote to that service, requesting the last-known address of Mr. King.  As of this date, the Court has not received any additional information on Mr. King's location or address.

In the meantime, the remaining Defendants were dismissed from this action, on June 7, 2010 (Doc. Nos. 110, 111).  Since Mr. King is the only remaining Defendant in this action, and since he has not been served and his whereabouts remain unknown, the Court finds this action should be Administratively Closed.  Plaintiff may file a motion to reopen upon receiving information concerning Defendant's address and his ability to accept service and attend a trial in this matter.  Accordingly,

IT IS, THEREFORE, ORDERED that this action is hereby ADMINISTRATIVELY CLOSED.  Plaintiff may file a motion to reopen this action upon obtaining information concerning Defendant King's address, his ability to accept service, and to attend a trial in this matter.

IT IS SO ORDERED this 16th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE